Submitted on stipulation of parties August 18, remanded
for resentencing August 25, 1972

STATE OF OREGON, *Respondent, v.* WILLIAM
ELLIS CARR (No. C 71-05-1505 Cr), *Appellant.*

500 P2d 486

John Toran, Jr., Portland, for appellant.

Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem, for respondent.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

Based on the stipulation of the parties the above cause is remanded for resentencing of the defendant Carr.

Remanded.